No. 4196.—POLANCO, VDA. DE CUMPIANO, aplte., *v.* SUCN. CÉSAR A. CUMPIANO, apdos.—C. D. Aguadilla. Otorgamiento de escritura. Abril 21, 1927. Desestimado el recurso a instancia de la apelada, por los fundamentos del caso No. 4195 *Polanco Vda. Cumpiano* v. *Sucn. de César A. Cumpiano y Polanco* (pág. 603 *ante* de abril 21, 1927.

No. 4238.—HERNÁNDEZ, peticionario-aplte., *v.* CORTE MUNICIPAL DE MANATÍ.—C. D. Arecibo. Abril 21, 1927. Denegada la moción del apelante solicitando que se ordene la remisión de los autos originales en el procedimiento de *certiorari* de que se trata, vista la jurisprudencia establecida en el caso de *Vega* v. *Hernández,* 21 D.P.R. 533.